**Order entered August 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00496-CR

**AQUILINO ABONZA MEDINA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB10-31605-B**

## ORDER

Appellant's August 5, 2013 motion for extension of time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE